UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------
R. ALEXANDER ACOSTA[1], Secretary of Labor,  :
United States Department of Labor,
                                                                               :   Misc. Action No. 1:17-00994-LDH

                          Petitioner,  :
           v.
                                                                                   :
MANGANO SEWER AND DRAIN, INC. and
JONATHAN MANGANO, individually and as  :
custodian of records,
                                                                                :
                       Respondents.
--------------------------------------------------------

## NOTICE OF RESPONDENTS' COMPLIANCE

       Plaintiff R. Alexander Acosta, Secretary of Labor, United States Department of Labor hereby notifies the Court that on or about May 26, 2017, Respondents complied with the subpoenas issued on January 23, 2017 and with the Court's order dated May 5, 2017 [dkt. 7].

---

[1] Automatically substituted under Rule 25(d) of the Federal Rules of Civil Procedure.

DATED: August 9, 2017
New York, New York

                                      NICHOLAS C. GEALE
                                      Acting Solicitor

                                      JEFFREY S. ROGOFF
                                      Regional Solicitor

                                      /s_____
                                      ELENA GOLDSTEIN
                                      Senior Trial Attorney

                                      U.S. Department of Labor,
                                      Attorneys for Petitioner.

## CERTIFICATE OF SERVICE

  I hereby certify that on the 9th day of August 2017, I sent by electronic and first class mail a copy of the attached notice to:

William George Goode
Law Office of William G. Goode
20 Peachtree Court
Suite 103c
Holbrook, NY 11741
631-223-7740
Fax: 631-676-3281
Email: william@williamgoode.com

            /s_____
            ELENA GOLDSTEIN
            Senior Trial Attorney